PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DURHAM, | ) | |
| | ) | CASE NO. 4:24-CV-217 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| GROUP MANAGEMENT SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

Plaintiff has voluntarily dismissed its Complaint against Defendant with prejudice. ECF No. 3. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court dismisses the case with prejudice.

IT IS SO ORDERED.

| | |
|---|---|
| April 10, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |